804 A.2d 1166

IN THE MATTER OF JOHN D. LYNCH, AN ATTORNEY AT LAW.

September 6, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–422, concluding that **JOHN D. LYNCH** of **UNION CITY**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary to permit client to make informed decision regarding representation) and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board further having concluded that respondent should be required to practice law under the supervision of a practicing attorney for a period of two years;

And good cause appearing;

It is ORDERED that **JOHN D. LYNCH** is hereby reprimanded; and it is further

ORDERED that respondent practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.